■ In the Matter of PATRICIA A. STREICH-MCCONNELL, Appellant, v CRAIG A. CONANT, Respondent. (Appeal No. 2.) [885 NYS2d 923]—Appeal from an order of the Family Court, Onondaga County (George M. Raus, Jr., R.), entered February 25, 2008 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs and the petition is reinstated.

Same memorandum as in *Matter of Johnson v Streich-McConnell* (66 AD3d 1526 [2009]). Present—Hurlbutt, J.P., Martoche, Centra, Green and Gorski, JJ.